**SIS/5832**

File No. 14149-1335
STUART I. SEIDEN
Law Offices
PARKER McCAY P.A.
Three Greentree Centre, Suite 401
7001 Lincoln Drive West
P.O. Box 974
Marlton, NJ  08053-0974
(856) 596-8900

**Attorneys for Secured Creditor, BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP**

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| CATHLEEN M. FINAN<br>xxx-xx-1664 | CHAPTER:  13 |
| | CASE NO. 08-12477-GMB |
| | NOTICE OF MOTION TO RECOVER UNCLAIMED FUNDS PURSUANT TO D.N.J.L.B.R. 3011-1 |
| Debtor. | Hearing Date: January 31, 2011 @ 10:00am |

BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP, (hereinafter "Movant"), has filed papers with the court to have an order authorizing the release and payment of unclaimed funds in the amount of $4,117.75.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant Movant the release it is seeking, or if you want the court to consider your views on the motion, then on or before January 24, 2011, *[seven (7) days before the hearing date of the within motion],* you or your attorney must:

File with the court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk at the United States Bankruptcy

LAW OFFICE
**PARKER McCAY P.A.**

Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

Stuart I. Seiden, Esquire
PARKER MCCAY
Three Greentree Centre, Suite 401
P.O. Box 974
Marlton, NJ 08053
*Attorney for Movant*

Isabel C. Balboa
535 Route 38, Suite 580
Cherry Hill, NJ 08002
*Chapter 13 Trustee*

If you are opposing the order Movant is seeking from the court, you must attend the hearing scheduled to be held on January 31, 2011 at 10:00 a.m., United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Courtroom 4C, Camden, New Jersey 08101, the Honorable Gloria M. Burns presiding.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/STUART I. SEIDEN
STUART I. SEIDEN

Dated: January 6, 2011

LAW OFFICE
**PARKER McCAY P.A.**