# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 08-12477 GMB

Debtor: Cathleen M. Finan

| Check Number | Creditor | Amount |
|---|---|---|
| 1814774 | Bank of America, N.A. | $2,204.09 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   August 6, 2013