UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:				Case Number: 08-12477 GMB

Debtor: Cathleen M. Finan

| Check Number | Creditor | Amount |
|---|---|---|
| 1821394 | Bank of America, N.A. | 2204.09 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  October 7, 2013